# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand and fourteen.

Before:     Ralph K. Winter,
                  *Circuit Judge*.

_____

  Ayda Husam Ahmad, Individually, *et al.*,
    Plaintiffs-Appellants,

    v.                                           **ORDER**
                                                Docket No. 14-1843

  Christian Friends of Israeli Communities, *et al.*,
    Defendants-Appellees.

_____

    Appellants move to remove this case from the expedited appeals calendar and that their brief and appendix be due September 9, 2014. Appellees request a briefing deadline of December 8, 2014.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' brief and appendix is due September 9, 2014, and Appellees' brief is due December 8, 2014.

                                                  For The Court:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

